# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MARQUISE WILLIAMS,

    Plaintiff,

v.                                          CASE NO. 4:18cv478-RH/CAS

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 3. No objections have been filed. Upon review,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle District of Pennsylvania. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on December 3, 2018.

                                          s/Robert L. Hinkle
                                          United States District Judge